~~SECRET~~ *unsealed*

FILED

08 FEB 22 PM 3:39

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDL_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0509 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JESUS MACIAS (1),<br>    aka Jessie,<br>JOSE JESUS PERUCH SAENZ (2),<br>    aka George,<br>    aka G Unit,<br>JUAN ERNESTO MACIAS, JR. (3),<br>    aka Johnny,<br>ISABEL QUISTIAN, III (4), | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Youssef Mustapha Habhab</u>, Criminal Case No. 08CR0404-BEN.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney



TIMOTHY F. SALEL
Assistant U.S. Attorney