AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Isabel Quistian, III (4)

2008 MAR 11 AM 9: 10

**WARRANT FOR ARREST**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ **CASE NUMBER:**    08cr0509-004-BEN

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Isabel Quistian, III (4) _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Possession with Intent to Distribute Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;   21:853(a), and 853(p) - Criminal Forfeiture;

RECEIVED
2008 FEB 25 A 11: 31
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.

Name of Issuing Officer

Clerk of the Court

Title of Issuing Officer

February 25, 2008    San Diego, CA

Signature of Deputy

Date and Location

DATE 3/6/08

Bail fixed at $ _____ ARRESTED BY DEA by    The Honorable William McCurine, Jr.

STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY _____ RETURN

Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'