**RICHARD B. RODRIGUEZ, CSB#: 106205**
Attorney at Law
815 Third Avenue, Suite 207
Chula Vista, CA 91911
Telephone: (619) 427-7622
Facsimile:   (619) 427-7344
Email: lawrichrod@aol.com

**Attorney for: Isabel Quistian III**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Judge Benitez)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO: 08CR0509** |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | **PROOF OF SERVICE** |
| | ) | |
| **ISABEL QUISTIAN III** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT,** | ) | |
| | ) | |

I, RICHARD B. RODRIGUEZ, declare that:

     I am over the age of eighteen years and not a party to this case; I am employed in the county of San Diego, California where my usual business address is: 815 THIRD AVENUE SUITE 207, CHULA VISTA, CALIFORNIA 91911.

     On **March 26, 2008**, at **approximately 1:00 P.M.**, **I deposited the following document(s) electronically.**

1.    **MOTION TO COMPEL DISCOVERY**
2.    **PROOF OF SERVICE**

PROOF OF SERVICE BY ELECTRONIC FILING

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

1

2        I declare under penalty of perjury of the laws of the State of California that the foregoing

3   is true and correct.

4

Executed on March 26, 2008                              s/ Richard B. Rodriguez

5                                                        Attorney for Defendant

6                                                        E-mail: lawrichrod@aol.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY ELECTRONIC FILING

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com