1  **Richard B. Rodriguez Esq., CSB#: 106205**
   815 Third Avenue, Suite 207
2  Chula Vista, CA 91911
   (619) 427-7622
3  (619) 427-7344 Fax
   lawrichrod@aol.com
4
   **Attorney for Defendant: Isabel Quistian, III**
5
6                    **UNITED STATES DISTRICT COURT**

7                    **SOUTHERN DISTRICT OF CALIFORNIA**

8                              **(Judge Bencivengo)**

9
10 | UNITED STATES OF AMERICA,          Criminal Case No. 08CR0509

11 |                        Plaintiff     **JOINT STIPULATION TO MODIFY**
                                          **CONDITIONS OF PRETRIAL RELEASE**
12 | vs.

13 | Isabel Quistian III

14 |                        Defendant

15
16     It is hereby agreed by the plaintiff, The United States of America, by and through their
17 attorney, Tim Salel, Assistant United States Attorney, and the defendant, Isabel Quistian III, by and
18 through his attorney Richard B. Rodriguez, that the conditions of the defendants pretrial release may
19 be modified to permit travel to and from the Central District of California for the purposes of
20 employment and for drug testing at the discretion of the pretrial services officer.

21 DATE: March 28, 2008                             s/ Richard B. Rodriguez
22                                                  Richard B. Rodriguez, Esq.
                                                    Attorney for defendant
23
24 DATE: March 28, 2008                             s/ Tim Salel
                                                    Tim Salel, Esq.
25                                                  Assistant United States Attorney

26 DATE: March 28, 2008                             s/ Boris Illic
                                                    Boris Illic
27                                                  Pretrial Services Officer

28

                                                1

Joint Motion-Modification of release

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com