**Richard B. Rodriguez Esq., CSB#: 106205**
815 Third Avenue, Suite 207
Chula Vista, CA 91911
(619) 427-7622
(619) 427-7344 Fax
lawrichrod@aol.com

**Attorney for Defendant: Isabel Quistian, III**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Judge Bencivengo)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff<br><br>vs.<br><br>Isabel Quistian III<br><br>                              Defendant | Criminal Case No. 08CR0509<br><br>**JOINT STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

It is hereby agreed by the plaintiff, The United States of America, by and through their attorney, Tim Salel, Assistant United States Attorney, and the defendant, Isabel Quistian III, by and through his attorney Richard B. Rodriguez, that the conditions of the defendants pretrial release may be modified to permit travel to and from the Central District of California for the purposes of employment and for drug testing at the discretion of the pretrial services officer.

DATE: March 28, 2008                                   s/ Richard B. Rodriguez
                                                                       Richard B. Rodriguez, Esq.
                                                                       Attorney for defendant

DATE: March 28, 2008                                   s/ Tim Salel
                                                                       Tim Salel, Esq.
                                                                       Assistant United States Attorney

DATE: March 28, 2008                                   s/ Boris Illic
                                                                       Boris Illic
                                                                       Pretrial Services Officer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com