**RICHARD B. RODRIGUEZ, CSB#: 106205**
Attorney at Law
815 Third Avenue, Suite 207
Chula Vista, CA 91911
Telephone: (619) 427-7622
Facsimile:   (619) 427-7344
Email: lawrichrod@aol.com

**Attorney for: Isabel Quistian III**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Judge Bencivengo)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO: 08CR0509** |
| **PLAINTIFF,** | |
| VS. | |
| | **PROOF OF SERVICE** |
| **ISABEL QUISTIAN III** | |
| **DEFENDANT,** | |

I, RICHARD B. RODRIGUEZ, declare that:

    I am over the age of eighteen years and not a party to this case; I am employed in the county of San Diego, California where my usual business address is: 815 THIRD AVENUE SUITE 207, CHULA VISTA, CALIFORNIA 91911.

    On March 28, 2008, at approximately 11:30 A.M., I deposited the following document(s) electronically.

    1.    **MOTION JOINT STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

    2.    **PROOF OF SERVICE**

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

1
2   I declare under penalty of perjury of the laws of the State of California that the foregoing
3   is true and correct.
4
5   Executed on March 28, 2008                     s/ Richard B. Rodriguez
                                                   Attorney for Defendant
6
                                                   E-mail: lawrichrod@aol.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE BY ELECTRONIC FILING

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com