**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(Judge Bencivengo)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff<br><br>vs.<br><br>Isabel Quistian III<br><br>                          Defendant | Criminal Case No. 08CR0509<br><br>**ORDER TO MODIFY CONDITIONS**<br><br>**OF PRETRIAL RELEASE** |

**<u>ORDER</u>**

Good cause appearing it is hereby ordered that the pretrial release conditions for defendant Isabel Quistian III, are hereby modified to permit travel to and from the Central District of California for the purposes of employment and for drug testing at the discretion of the pretrial services officer.

DATE: April 1, 2008

                                                    **CATHY ANN BENCIVENGO**
                                                    United States Magistrate Judge