| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | TIMOTHY F. SALEL |
| | Assistant U.S. Attorneys |
| 3 | California State Bar No. 163597 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone No.: (619) 557-6074 |
| | Facsimile No.: (619) 557-3445 |
| 6 | E-mail: timothy.salel@usdoj.gov |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0509-BEN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| JESUS MACIAS (1), | ) | |
|   aka Jessie, | ) | |
| JOSE JESUS PERUCH SAENZ (2), | ) | |
|   aka George, | ) | |
|   aka G Unit, | ) | |
| JUAN ERNESTO MACIAS, JR. (3), | ) | |
|   aka Johnny, | ) | |
| ISABEL QUISTIAN, III (4), | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Timothy F. Salel, the undersigned Assistant U.S. Attorney, hereby enters my appearance as counsel in the above-captioned case.

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| Timothy F. Salel | 163597 | (619) 557-6074 | timothy.salel@usdoj.gov |

I, Timothy F. Salel, hereby certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

1     Effective this date, the following Government attorney is no longer associated with this case
2 and should not receive any further Notices of Electronic Filings relating to activity in this case:

| **Name** | **CA Bar No.** | **Telephone No.** | **E-mail Address** |
|---|---|---|---|
| None | N/A | N/A | N/A |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

DATED: June 2, 2008      */S/ TIMOTHY F. SALEL*
TIMOTHY F. SALEL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JESUS MACIAS (1),<br>     aka Jessie,<br>JOSE JESUS PERUCH SAENZ (2),<br>     aka George,<br>     aka G Unit,<br>JUAN ERNESTO MACIAS, JR. (3),<br>     aka Johnny,<br>ISABEL QUISTIAN, III (4),<br><br>          Defendants. | Criminal Case No. 08CR0509-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of **NOTICE OF APPEARANCE**, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following parties at their respective e-mail addresses:

(1)     NORMA A. AGUILAR – Attorney for JESUS MACIAS (1)
        norma_aguilar@fd.org

(2)     EZEKIEL E. CORTEZ – Attorney for JOSE JESUS PERUCH SAENZ (2)
        lawforjustice@aol.com

(3)     ANTONIO F. YOON – Attorney for JUAN ERNESTO MACIAS, JR. (3)
        antonioyoon@cox.net

(4)     RICHARD BRIAN RODRIGUEZ – Attorney for ISABEL QUISTIAN (4)
        lawrichrod@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008                    */S/ TIMOTHY F. SALEL*
                                       TIMOTHY F. SALEL
                                       Assistant U.S. Attorney
                                       E-mail: timothy.salel@usdoj.gov