**Richard B. Rodriguez Esq., CSB#: 106205**
815 Third Avenue, Suite 207
Chula Vista, CA 91911
(619) 427-7622
(619) 427-7344 Fax
lawrichrod@aol.com

**Attorney for Defendant: Isabel Quistian, III**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Judge Bencivengo)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>vs.<br><br>Isabel Quistian III<br><br>                    Defendant | Criminal Case No. 08CR0509<br><br>**JOINT STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

It is hereby agreed by the plaintiff, The United States of America, by and through their attorney, Tim Salel, Assistant United States Attorney, and the defendant, Isabel Quistian III, by and through his attorney Richard B. Rodriguez, and with the approval of the Pretrial Services Officer, Boris Illic, that the conditions of the defendants pretrial release may be modified to permit travel to Gilroy California.

DATE: June 20, 2008                           s/ Richard B. Rodriguez
                                                           Richard B. Rodriguez, Esq.
                                                           Attorney for defendant

DATE: June 20, 2008                           s/ Tim Salel
                                                           Tim Salel, Esq.
                                                           Assistant United States Attorney

DATE: June 20, 2008                           s/ Boris Illic
                                                           Boris Illic
                                                           Pretrial Services Officer

1