**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(Judge Bencivengo)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>Isabel Quistian III,<br><br>　　　　　　　　　Defendant | Criminal Case No. 08CR0509<br><br>**ORDER TO MODIFY CONDITIONS**<br><br>**OF PRETRIAL RELEASE** |

**ORDER**

Good cause appearing it is hereby ordered that the pretrial release conditions for defendant Isabel Quistian III, are hereby modified to permit travel to Gilroy, California for the purpose of servicing his work truck, which is essential for his employment.

**IT IS SO ORDERED.**

DATE:   June 23, 2008

**CATHY ANN BENCIVENGO**
United States Magistrate Judge

Order to Modify Conditions of pretrial release