**Richard B. Rodriguez Esq., CSB#: 106205**
815 Third Avenue, Suite 207
Chula Vista, CA 91911
(619) 427-7622
(619) 427-7344 Fax
lawrichrod@aol.com
**Attorney for Defendant: Isabel Quistian, III**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Judge Benitez)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>Isabel Quistian, III<br><br>　　　　　　　　　　Defendant | Criminal Case No. 08CR0509<br><br>**JOINT MOTION TO CONTINUE SENTENCING DATE** |

　　　It is hereby agreed by the plaintiff, The United States of America, by and through their attorney, Tim Salel, Assistant United States Attorney, and the defendant, Isabel Quistian III, by and through his attorney Richard B. Rodriguez, that the sentencing hearing in the above entitled case scheduled for December 1, 2007 at 9:00 a.m., be continued to January 12, 2009 at 9:00 a.m.

　　　A proposed order with respect to this joint motion is being submitted directly to the court via efile_benitez@casd.uscourts.gov

DATE: September 12, 2008　　　　　　　　　　s/ Richard B. Rodriguez
　　　　　　　　　　　　　　　　　　　　　　Richard B. Rodriguez, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for defendant

DATE: September 12, 2008　　　　　　　　　　s/ Tim Salel
　　　　　　　　　　　　　　　　　　　　　　Tim Salel, Esq.
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATE: September 12, 2008　　　　　　　　　　s/ Boris Illic
　　　　　　　　　　　　　　　　　　　　　　Boris Illic
　　　　　　　　　　　　　　　　　　　　　　Pretrial Services Officer