**Richard B. Rodriguez Esq., CSB#: 106205**
815 Third Avenue, Suite 207
Chula Vista, CA 91911
(619) 427-7622
(619) 427-7344 Fax
lawrichrod@aol.com
**Attorney for Defendant: Isabel Quistian, III**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Judge Benitez)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>vs.<br><br>Isabel Quistian, III<br><br>                    Defendant | Criminal Case No. 08CR0509<br><br>**DEFENDANT'S ACKNOWLEDGEMENT OF NEXT COURT DATE FOR SENTENCING HEARING** |

I, Isabel Quistian, III, acknowledge that I am aware that my sentencing hearing previously set for December 1, 2008 has been continued to January 12, 2009 at 9:00 A.M.; and that I will be present on January 12, 2009 at 9:00 A.M.

DATE:  September 12, 2008                                                   s/ Isabel Quistian, III
                                                                                                   Defendant

Acknowledgment of court date     1

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com