**RICHARD B. RODRIGUEZ, CSB#: 106205**
Attorney at Law
815 Third Avenue, Suite 207
Chula Vista, CA 91911
Telephone: (619) 427-7622
Facsimile:   (619) 427-7344
Email: lawrichrod@aol.com
**Attorney for: Isabel Quistian III**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Judge Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff<br><br>vs.<br><br>Isabel Quistian III<br><br>                              Defendant | Criminal Case No. 08CR0509<br><br>**PROOF OF SERVICE** |

I, RICHARD B. RODRIGUEZ, declare that:

   I am over the age of eighteen years and not a party to this case; I am employed in the county of San Diego, California where my usual business address is: 815 THIRD AVENUE SUITE 207, CHULA VISTA, CALIFORNIA 91911.

   On September 12, 2008, at approximately 10:45 A.M., I deposited the following document(s) electronically.

   **1.     JOINT MOTION TO CONTINUE SENTECING HEARING**
   **2.     DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE**
   3.     **PROOF OF SERVICE**

   I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on September 12, 2008                              s/ Richard B. Rodriguez
                                                            Attorney for Defendant
                                                            E-mail: lawrichrod@aol.com

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com